IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GENE PHILLIPS,

        Petitioner,                No. CIV S-06-0739 DFL PAN P

    vs.

DIRECTOR, CALIFORNIA
DEPARTMENT OF CORRECTIONS,

        Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        The application attacks a conviction issued by the Los Angeles County Superior Court in Norwalk, California.[1] While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

---

[1] Petitioner is not challenging a finding by the Board of Prison Terms or a reversal of a finding by the Board of Prison Terms.

1

Dockets.Justia.com

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2  1. This court has not ruled on petitioner's application to proceed in forma
3  pauperis; and

4  2. This matter is transferred to the United States District Court for the Central
5  District of California.

6  DATED: April 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; phil0739.108

2